PS 42
(Rev. 7/93)

# United States District Court
## Eastern District of Arkansas

United States of America      )
                              )
vs.                           )
                              )
Charolda Walton               )   Case No.   0860 4:14CR00211-1
                              )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Charolda Walton_____, have discussed with _____Alison Scifres_____, Pretrial Services/ Probation Officer, modifications of my release conditions as follows:

Modify release conditions to remove home detention.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] Charolda Walton_   12-12-14          _[signed] Alison S. Sci_   12/22/2014
Signature of Defendant       Date              Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                                                        12-12-14
Signature of Defense Counsel                                       Date

The Assistant U.S. Attorney ☒ does ☐ does not concur with this modification.
☒ The above modification of conditions of release is ordered, to be effective on   1-5-15   .
☐ The above modification of conditions of release is *not* ordered.

_[signed] J. Thomas Ray_                                           1-5-15
Signature of Judicial Officer                                       Date